IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIVE FACE ON WEB, LLC,
a Pennsylvania company,

    Plaintiff,

vs.

EXPO DESIGN, INC.,
an Illinois corporation,

    Defendant.

Case No.: 6:15-cv-729-Orl-41KRS

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendant, EXPO DESIGN, INC., by and through its undersigned counsel, hereby responds to Plaintiff's Motion to Compel and moves this Court for a protective order, as follows:

1. In its Complaint, Plaintiff alleges that Defendant purchased a product that utilized software copied from Plaintiff by another party.

2. Plaintiff does not allege that Defendant copied the software.

3. To the extent infringing software was contained within a product purchased by Defendant, Defendant was a good-faith purchaser with no knowledge of, nor any way to determine, the alleged copied software.

4. Plaintiff does not allege that Defendant re-sold or reproduced the alleged infringing software. 17 U.S.C. s. 106. Rather, it alleges that Defendant used the software to enhance its website.

5. Defendant did not distribute copies of the alleged copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending. 17 U.S.C. s. 106.

1

6. Therefore, Defendant's revenue and profits would not be relevant to a determination of any potential damages, when Defendant was a good-faith purchaser that, at worst, used allegedly copyrighted software one time to enhance its website. If it were found that Defendant had any liability in this matter, damages should be limited to statutory damages and/or an injunction.

7. Nevertheless, Defendant agrees to answer Interrogatory #6, and respond to Requests to Produce #30-32, under Plaintiff's proposed confidentiality agreement, and without waiving its objections. Defendant requests 20 days to provide the information requested.

WHEREFORE, Defendant, EXPO DESIGN, INC., respectfully agrees to answer Interrogatory #6, and respond to Requests to Produce #30-32, under Plaintiff's proposed confidentiality agreement, and requests 20 days to provide the information requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed using the Court's CM/ECF system, which will automatically notify counsel for Plaintiff, Ryan T. Santurri, Esq., Allen Dyer Doppelt Milbrath & Gilchrist, P.A., 255 S. Orange Avenue, #1401, Orlando, FL 32801.

DATED: September 30, 2015

KILLGORE, PEARLMAN, STAMP,
ORNSTEIN & SQUIRES, P.A.
2 S. Orange Avenue, 5th Floor
P. O. Box 1913
Orlando, FL 32802-1913
Telephone: (407) 425-1020
Facsimile: (407) 839-3635
Attorneys for Defendant

s/ *Christopher M. Harne*
CHRISTOPHER M. HARNE
Florida Bar No. 0800791
charne@kpsos.com