# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIVE FACE ON WEB, LLC,**

      **Plaintiff,**

**v.**                                         **Case No:   6:15-cv-729-Orl-41KRS**

**EXPO DESIGN, INC.,**

      **Defendant.**

## ORDER

On September 15, 2015, Plaintiff filed a Motion to Compel Responses to Its First Requests for Productions and Interrogatories. Doc. No. 16. On September 30, 2015, Defendant filed its responsive brief, agreeing to respond to Plaintiff's discovery requests within twenty days "under Plaintiff's proposed confidentiality agreement." Doc. No. 17, at 2.

Accordingly, it is **ORDERED** that, on or before October 28, 2015, the parties shall conduct a good-faith conference in an effort to resolve any remaining disputes concerning the pending motion to compel and response thereto. It is further **ORDERED** that, on or before October 30, 2015, Plaintiff shall file a supplemental brief stating the outcome of the good-faith conference, specifically whether any issues raised in the motion to compel were resolved by the conference and any production of supplemental discovery materials by Defendant.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2015.

                                                    *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE