# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIVE FACE ON WEB, LLC,**

    **Plaintiff,**

**v.**                                                            **Case No: 6:15-cv-729-Orl-41KRS**

**EXPO DESIGN, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF LIVE FACE ON WEB, LLC'S MOTION TO COMPEL RESPONSES TO ITS FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES (Doc. No. 16)**
>
> **FILED:**     **September 15, 2015**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Live Face on Web, LLC asks the Court to compel Defendant Expo Design, Inc. to respond to its interrogatory numbered 6 and its requests for production numbered 30, 31 and 32. In its response to the motion, which was filed on September 30, 2015, Defendant agreed to respond to these discovery requests under Plaintiff's proposed confidentiality agreement within twenty days. Doc. No. 17, at 2. As of the writing of this Order, more than twenty days have passed but Defendant has not provided the discovery responses. *See* Doc. No. 25.

Based on Defendant's agreement to produce the requested discovery, it is **ORDERED** that Defendant shall serve a sworn answer to interrogatory 6 and produce all documents in its possession,

custody or control responsive to requests for production 30, 31 and 32 to counsel for Plaintiff on or before November 2, 2014. Defendant has abandoned its objections to these discovery requests by failing to support them in its response to the motion to compel. *See, e.g., Tardif v. People for the Ethical Treatment of Animals,* No. 2:09-cv-537-FtM-29SPC, 2011 WL 1627165, at * 2 (M.D. Fla. April 29, 2011)(noting that "courts have found that whenever an answer accompanies an objection, the objection is deemed waived . . . .").

Defendant's request for a protective order contained in its response to the motion to compel is **DENIED**. Going forward, requests for affirmatively relief must be made by motion, not in a response.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2015.

                                               *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE