# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIVE FACE ON WEB, LLC,**

    **Plaintiff,**

**v.**                      **Case No: 6:15-cv-729-Orl-41KRS**

**EXPO DESIGN, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO COMPEL MEDIATION (Doc. No. 26)** |
| **FILED:** | **October 29, 2015** |

| | |
|---|---|
| **MOTION:** | **DEFENDANT, EXPO DESIGN, INC.'S MOTION TO EXTEND MEDIATION DEADLINE (Doc. No. 30)** |
| **FILED:** | **November 2, 2015** |

On July 29, 2015, the parties jointly submitted their Case Management Report ("CMR"), in which they jointly agreed upon a mediation deadline of November 2, 2015. Doc. No. 13, at 2. After consideration of the CMR, the Court entered its Case Management and Scheduling Order ("CMSO") on August 27, 2015, requiring that mediation be completed on November 2, 2015. Doc. No. 14, at 2.

On October 29, 2015, Plaintiff moved to compel mediation, indicating that, between August and October, it had contacted Defendant's counsel multiple times concerning the scheduling of mediation, but had either received no response or a rejection of the proposed dates. Doc. No. 26, at 2. Plaintiff requests that the Court order Defendant to attend mediation in November. *Id.* at 3. In its response to the motion, Defendant presented no good cause for ignoring the Court-ordered deadline to complete mediation, including failing to file a motion to extend the time to conduct mediation before November 2, 2015, the deadline for completion of mediation. Therefore, Plaintiff's motion to compel mediation (Doc. No. 26) is **GRANTED**.

On November 2, 2015, Defendant separately moved to extend the mediation deadline to December 15, 2015. In its response in opposition, Plaintiff represents that it is prepared to mediate the matter immediately and that the mediator has availability on November 9, 2015. Doc. No. 32, at 2. After consideration, Defendant's last-minute request for an extension of time to mediate is **GRANTED in part**. The mediation deadline is extended up to and including November 9, 2015. Defendant has not demonstrated, however, that it acted diligently in attempting to schedule mediation, and accordingly, a further extension is unwarranted.

It is **ORDERED** that, on or before November 4, 2015, counsel for Defendant shall contact the office of the assigned mediator, Peter Grilli, to schedule the mediation for November 9, 2015 and promptly notify counsel for Plaintiff of the mediation date. It is further **ORDERED** that lead counsel for each party, a corporate representative of each party with full settlement authority, and any necessary claims adjustment personal must attend the mediation in person unless the mediator excuses such person appearance in writing on or before November 5, 2015. Having ignored the Court's deadline for completion of mediation, lead counsel for Defendant, Defendant's corporate

representative and any necessary claims professionals for Defendant must rearrange their schedules, if necessary to comply with this Order

It is further **ORDERED** that the Order to Show Cause (Doc. No. 27) is **DISCHARGED**. Counsel for Defendant is advised, however, that "[a] Scheduling Order 'is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril.'" *Moyer v. Walt Disney World Co.*, 146 F. Supp. 2d 1249, 1252 (M.D. Fla. 2000). Counsel is further advised that, under Local Rule 2.04(h), attorneys should conduct themselves in a spirit of cooperation. Failure to comply with the requirements of the CMSO or Local Rule 2.04(h) moving forward may result in the imposition of sanctions.

Finally, it is **ORDERED** that counsel for Plaintiff shall promptly provide Mediator Grilli with a copy of this Order and advise his office of Plaintiff's availability to attend the mediation on November 9, 2015 as required by this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE